NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMANDA MOJDEH RAISZADEH,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2023-2409

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-12-0452-B-1.

---

## O R D E R

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

2                                                      RAISZADEH V. DHS


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


December 10, 2024
Date

Jarrett B. Perlow
Clerk of Court